**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-30178 |
| Plaintiff - Appellee, | D.C. No. 1:09-cr-00102-BLW |
| v. | |
| FRANCISCO OROPEZA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Idaho
B. Lynn Winmill, Chief District Judge, Presiding

Submitted February 15, 2011[**]

Before:     CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Francisco Oropeza appeals from the sentence of 84 months and one day

imposed following his guilty-plea conviction for drug trafficking conspiracy and

distribution offenses, in violation of 21 U.S.C. §§ 841 and 846; and his jury-trial

conviction for brandishing a firearm in furtherance of a drug trafficking crime, in

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

violation of 18 U.S.C. § 924(c)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Oropeza contends that the district court erred in concluding that it could not impose a sentence below the statutory minimum because, through the enactment of 18 U.S.C. § 3553(a), Congress repealed by implication the mandatory minimum sentencing provisions of § 924(c)(1). Oropeza's contention is foreclosed by *United States v. Wipf*, 620 F.3d 1168 (9th Cir. 2010).

**AFFIRMED.**